# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PS COURT ASSOCIATES, LLC, T/A AND GENERAL PARTNER OF PS COURT ASSOCIATES, LP,

        Petitioner

      v.

SIMON PROPERTY GROUP, INC. AND KING OF PRUSSIA ASSOCIATES,

        Respondents

: No. 926 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.